UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEREMY TORRUELLA BEY,

         Plaintiff,

      v.

GEORGE WEBB RESTAURANT,
ALEX, KATIE, MS KATHY,

         Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-1434-bhl

☐  **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒  **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    PURSUANT TO THE COURT'S ORDER**,** the action is **DISMISSED** without prejudice for lack of prosecution pursuant to Civil L.R. 41(c) and the plaintiff shall recover nothing on the complaint.

                                            GINA M. COLLETTI
                                            Clerk of Court

    Dated: October 9, 2020

                                            s/ *Melissa P.*
                                            (By) Deputy Clerk